IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-481-JLK**

**BETH J. NEUGER**,

       Petitioner,

v.

**UNITED STATES OF AMERICA,**

       Respondent.

---

## ORDER

---

Kane, J.

      This matter is before the court on the United States' Motion to Dismiss (doc. #2), filed May 1, 2007.  The Motion is GRANTED.  This case is dismissed for lack of subject matter jurisdiction pursuant to Fed.R.Civ.P. 12(b)(1).

      Dated this 27th day of July, 2007.

                    BY THE COURT:

                    S/**John L. Kane**
                    Senior Judge, United States District Court